

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00360-CR

Kevin Jason **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 22, 2023.

_____
Rebeca C. Martinez, Chief Justice